# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
FORD, RHONDA J.                     §      Case No. 11-05756
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                      .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

     Funds were disbursed in the following amounts:

     Payments made under an interim
     disbursement
     Administrative expenses
     Bank service fees
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was       and the deadline for filing governmental claims was      . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $      . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $     as interim compensation and now requests a sum of $    , for a total compensation of $    [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $    , and now requests reimbursement for expenses of $    , for total expenses of $    [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/JOSEPH R. VOILAND_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 11-05756 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | FORD, RHONDA J. | | | Date Filed (f) or Converted (c): | 02/15/11 (f) |
| | | | | 341(a) Meeting Date: | 04/04/11 |
| For Period Ending: | 08/02/14 | | | Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 921 Upper Brandon Dr., Aurora, IL | 142,000.00 | 0.00 | | 0.00 | FA |
| 2. Real estate - Park Avenue, Harvey, | 30,000.00 | 8,150.00 | | 1,676.29 | FA |
| 3. Real estate - Winchester, Harvey, IL | 25,000.00 | 21,950.00 | | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Earthmover Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 6. checking account Old Second National Bank | 150.00 | 0.00 | | 0.00 | FA |
| 7. household goods | 250.00 | 0.00 | | 0.00 | FA |
| 8. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Wedding rings. | 250.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance with Protective Life Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Jeep | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Toyota Sienna | 4,400.00 | 3,200.00 | | 0.00 | FA |
| 13. postpetition rent (u) | 0.00 | 0.00 | | 4,523.71 | FA |
| TOTALS (Excluding Unknown Values) | $204,600.00 | $33,300.00 | | $6,200.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is ciontinuing to collect payments for debtor's purchase of the Maywood properties.

Initial Projected Date of Final Report (TFR): 02/15/14    Current Projected Date of Final Report (TFR): 02/15/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 11-05756 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | FORD, RHONDA J. | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******1891 Checking Account |
| Taxpayer ID No: | *******2126 | | | |
| For Period Ending: | 08/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,020.00 | | 5,020.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,010.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,000.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 06/26/14 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | | 1110-000 | 300.00 | | 5,290.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,280.00 |
| 07/16/14 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | | 1110-000 | 300.00 | | 5,580.00 |

|   |   |
|---|---|
| COLUMN TOTALS | 5,620.00    40.00    5,580.00 |
| Less:  Bank Transfers/CD's | 5,020.00    0.00 |
| Subtotal | 600.00    40.00 |
| Less:  Payments to Debtors | 0.00 |
| Net | 600.00    40.00 |

Page Subtotals    5,620.00    40.00

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 17.05c

**FORM 2**

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-05756 -RG | |
| Case Name: | FORD, RHONDA J. | |
| Taxpayer ID No: | *******2126 | |
| For Period Ending: | 08/02/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******5908  Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per order dated 12/15/2011 | 1222-000 | 200.00 | | 200.00 |
| 02/24/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11/court order | 1222-000 | 200.00 | | 400.00 |
| 04/02/12 | 13 | Rhonda Ford | payment per 12/15/11/ court order | 1222-000 | 200.00 | | 600.00 |
| 04/22/12 | 13 | Rhonda Ford | payment per 12/15/11 order | 1222-000 | 200.00 | | 800.00 |
| 05/22/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 order | 1222-000 | 200.00 | | 1,000.00 |
| 08/08/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct. order | 1222-000 | 200.00 | | 1,200.00 |
| 08/28/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 order | 1222-000 | 400.00 | | 1,600.00 |
| 09/11/12 | 2 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment for purchse of Maywood re | 1110-000 | 100.00 | | 1,700.00 |
| 10/04/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | pymt per 12/15/11 ct. order | 1222-000 | 200.00 | | 1,900.00 |
| 10/24/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,100.00 |
| 11/15/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct. order | 1222-000 | 200.00 | | 2,300.00 |

Page Subtotals     2,300.00     0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 11-05756 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | FORD, RHONDA J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5908  Checking Account |
| Taxpayer ID No: | *******2126 | | | |
| For Period Ending: | 08/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/04/12 | 2 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment for purchase of Maywood re | 1110-000 | 100.00 | | 2,400.00 |
| 12/04/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,600.00 |
| 12/24/12 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,800.00 |
| 01/07/13 | 2 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment for purchase of Maywood re | 1110-000 | 100.00 | | 2,900.00 |
| 02/03/13 | 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 3,100.00 |
| 02/03/13 | 2 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | puchase of Mawood real estate | 1110-000 | 100.00 | | 3,200.00 |
| 03/13/13 | 2, 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | inst payment & Maywood re | 1222-000 | 300.00 | | 3,500.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,490.00 |
| 04/10/13 | 2, 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | inst pymt & Maywood re | 1110-000 | 300.00 | | 3,790.00 |
| 04/11/13 | 000101 | REMAX GREAT AMERICAN NORTH | real estate broker fees | 3510-000 | | 450.00 | 3,340.00 |
| 05/10/13 | 2, 13 | RHONDA J. FORD<br>921 UPPER BRANDON DRIVE<br>AURORA, IL  60506 | inst pymt/ re purchase  (200/100) | 1110-000 | 300.00 | | 3,640.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,630.00 |

Page Subtotals       1,800.00       470.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 11-05756 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | FORD, RHONDA J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5908  Checking Account |
| Taxpayer ID No: | *******2126 | | | |
| For Period Ending: | 08/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/01/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,620.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,610.00 |
| 07/10/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | inst pymt/ re purchase (200/100) | 1110-000 | 300.00 | | 3,910.00 |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,900.00 |
| 08/12/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | inst pymnt/re purchase (200/100) | 1110-000 | 300.00 | | 4,200.00 |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,190.00 |
| 09/25/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | inst pymt/re purchase (200/100) | 1110-000 | 300.00 | | 4,490.00 |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 10.00 | 4,480.00 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,470.00 |
| 11/19/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | inst pymt/re purchase (200/100) | 1222-000 | 300.00 | | 4,770.00 |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,760.00 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,750.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,740.00 |
| 02/12/14 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL  60506 | inst pymt/re purchase (200/100) | 1222-000 | 300.00 | | 5,040.00 |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,030.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,020.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,020.00 | 0.00 |

Page Subtotals        1,500.00        5,130.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| Case No: | 11-05756 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FORD, RHONDA J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5908  Checking Account |
| Taxpayer ID No: | *******2126 | | | |
| For Period Ending: | 08/02/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |
|---|---|---|---|---|
|  | COLUMN TOTALS | 5,600.00 | 5,600.00 | 0.00 |
|  | Less:  Bank Transfers/CD's | 0.00 | 5,020.00 | |
|  | Subtotal | 5,600.00 | 580.00 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 5,600.00 | 580.00 | |
|  | | | NET | ACCOUNT |
|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  | Checking Account - ********1891 | 600.00 | 40.00 | 5,580.00 |
|  | Checking Account - ********5908 | 5,600.00 | 580.00 | 0.00 |
|  | | ----------------------- | ----------------------- | ----------------------- |
|  | | 6,200.00 | 620.00 | 5,580.00 |
|  | | ============= | ============= | ============= |
|  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 17.05c

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 07, 2014 |
|---|---|---|---|---|---|---|

Case Number: 11-05756  
Debtor Name: FORD, RHONDA J.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $1,370.00 | $0.00 | $1,370.00 |
| 001<br>2200-00 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | Administrative | | $124.55 | $0.00 | $124.55 |
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | Administrative | | $250.00 | $0.00 | $250.00 |
| 000001<br>070<br>7100-00 | Atlas Acquisitions LLC (Citibank - SEARS GOLD )<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $8,870.63 | $0.00 | $8,870.63 |
| 000002<br>070<br>7100-00 | Discover Bank, DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | | $12,517.80 | $0.00 | $12,517.80 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $756.71 | $0.00 | $756.71 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $1,196.47 | $0.00 | $1,196.47 |
| 000005<br>070<br>7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured | | $1,698.20 | $0.00 | $1,698.20 |
| | Case Totals: | | | $26,784.36 | $0.00 | $26,784.36 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-05756  
Case Name: FORD, RHONDA J.  
Trustee Name: JOSEPH R. VOILAND  

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Court | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank - SEARS GOLD ) | $ | $ | $ |
| 000002 | Discover Bank, DB Servicing Corporation | $ | $ | $ |
| 000003 | Capital One, N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance                                             $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be          percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE