UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
FORD, RHONDA J.                     §   Case No. 11-05756
                                    §
        Debtor(s)                   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

        Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

        The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            Clerk of the U.S. Bankruptcy Court
            219 S. Dearborn
            Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/19/2014 in Courtroom 240,
            United States Courthouse
            c/o Kane County Courthouse
            100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/07/2014            By: Kenneth S. Gardner
                                        Clerk of the Bankruptcy Court


*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
FORD, RHONDA J. §  Case No. 11-05756
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,200.00 |
| and approved disbursements of | $ | 620.00 |
| leaving a balance on hand of[1] | $ | 5,580.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,370.00 | $ 0.00 | $ 1,370.00 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 124.55 | $ 0.00 | $ 124.55 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,744.55 |
| Remaining Balance | $ 3,835.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,039.81  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank - SEARS GOLD ) | $ 8,870.63 | $ 0.00 | $ 1,358.75 |
| 000002 | Discover Bank, DB Servicing Corporation | $ 12,517.80 | $ 0.00 | $ 1,917.40 |
| 000003 | Capital One, N.A. | $ 756.71 | $ 0.00 | $ 115.91 |
| 000004 | FIA CARD SERVICES, N.A. | $ 1,196.47 | $ 0.00 | $ 183.27 |
| 000005 | Midland Funding LLC | $ 1,698.20 | $ 0.00 | $ 260.12 |

Total to be paid to timely general unsecured creditors     $     3,835.45

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Rhonda J. Ford  
      Debtor

Case No. 11-05756-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0752-1 | User: adragonet | Page 1 of 2 | Date Rcvd: Aug 22, 2014 |
| | Form ID: pdf006 | Total Noticed: 34 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2014.

```
db           +Rhonda J. Ford,    921 Upper Brandon Drive,    Aurora, IL 60506-1339
16816153     +Allied Data Corporation,    PO Box 4115,    Concord, CA 94524-4115
18353519     +Atlas Acquisitions LLC  (Citibank - SEARS GOLD ),    294 Union St.,    Hackensack, NJ 07601-4303
18448108    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
16816154     +Bank Of America,    PO Box 851001,    Dallas, TX 75285-1001
16816155      CBE Group,    Post Office Box 2695,    Waterloo, IA 50704-2695
18423323     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
16816156     +Chase,    PO Box 24696,    Columbus, OH 43224-0696
16816158     +Citibank,    POmBox 44167,    Jacksonville, FL 32231-4167
16816157     +Citibank,    C/O Blitt & Gaines,    661 Glenn Avenue,    Wheeling, IL 60090-6017
16816159     +Citibank/Sears,    PO Box 6241,    Sioux Falls, SD 57117-6241
16816160     +Cook County Clerks Office,    118 N. Clark Street Rm 434,    Chicago, IL 60602-1413
16816161     +Credit Control LLC,    245 East Roselawn,    Maplewood, MN 55117-1988
16816162     +Credit Protection Association,    13355 Noel Road, Ste 2100,    Dallas, TX 75240-6837
16816151     +Ford Rhonda J,    921 Upper Brandon Drive,    Aurora, IL 60506-1339
16816165     +Harris & Harris,    222 Merchanside Mart Plaza, Ste 1900,    Chicago, IL 60654-1421
16816152     +Law Offices of Darrell L Jordan,    1999 Galena Blvd,    Aurora, IL 60506-4305
16816168     +MCI,    PO Box 3002,    Phoenixville, PA 19460-3002
19932052      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
16816170     +Monarch  Recovery  Management,    10965 Decatur Road,    Philadelphia, PA 19154-3210
16816172     +RBS Citizens NA,    1000 Lafayette Gill,    Bridgeport, CT 06604-4725
16816175     +US Bank,    C/O Pierce & Assoc,    1 N. Dearborn,    Chicago, IL 60602-4331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17320158     +E-mail/Text: bnc@atlasacq.com Aug 23 2014 00:18:22     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
16816163      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2014 00:24:08     Discover Card,    PO Box 3008,
              New Albany, OH   43054
18384419      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2014 00:24:08
              Discover Bank, DB Servicing Corporation,    PO Box 3025,    New Albany OH   43054-3025
16816164     +E-mail/Text: collections@earthmovercu.com Aug 23 2014 00:19:00     Earth Mover Credit Union,
              PO Box 2937,    Aurora, IL 60507-2937
18747295      E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2014 00:24:37     GE Capital Retail Bank,
              c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16816166     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 23 2014 00:18:30     Kohls/Chase,
              N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
16816167     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 23 2014 00:25:56     LVNV Funding,
              Post Office Box 10584,    Greenville, SC 29603-0584
16816169     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 23 2014 00:19:12     Midland Credit Management,
              8875 Aero Drive,    San Diego, CA 92123-2255
16816171     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 23 2014 00:19:33     NCO Financial Systems,
              PO Box 4906; Dept.64,    Trenton, NJ 08650-4906
16816173     +E-mail/Text: rjm@ebn.phinsolutions.com Aug 23 2014 00:18:53     RJM Acq. LLC,
              575 Underhill Blvd, Ste 224,    Syosset, NY 11791-3416
19932053      E-mail/PDF: rmscedi@recoverycorp.com Aug 23 2014 00:24:37
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
16816174     +E-mail/PDF: gecsedi@recoverycorp.com Aug 23 2014 00:24:34     Sams Club,    PO Box 981064,
              El Paso, TX 79998-1064
                                                                                              TOTAL: 12
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2014                                                                    Signature:   /s/Joseph Speetjens

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Aug 22, 2014
                               Form ID: pdf006              Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    JPMorgan Chase Bank, National Association,
               successor by merger to Chase Home Finance LLC northerndistrict@atty-pierce.com,
               cbrown@atty-pierce.com
              Darrell L Jordan    on behalf of Debtor Rhonda J. Ford lawjko@yahoo.com,   dlj60506@gmail.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```