## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FORD, RHONDA J. | § | Case No. 11-05756 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH R. VOILAND _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| Associated Bank | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CB | | | | | |
| CONG BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| REMAX GREAT AMERICAN NORTH | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK - | | | | | |
| 000003 | CAPITAL ONE, N.A. | | | | | |
| 000002 | DISCOVER BANK, DB SERVICING CORPORA | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | MIDLAND FUNDING LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 11-05756   RG   Judge: MANUEL BARBOSA |
|---|---|
| Case Name: | FORD, RHONDA J. |

For Period Ending:  08/02/14

| Trustee Name: | JOSEPH R. VOILAND |
|---|---|
| Date Filed (f) or Converted (c): | 02/15/11 (f) |
| 341(a) Meeting Date: | 04/04/11 |
| Claims Bar Date: | 04/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 921 Upper Brandon Dr., Aurora, IL | 142,000.00 | 0.00 | | 0.00 | FA |
| 2. Real estate - Park Avenue, Harvey, | 30,000.00 | 8,150.00 | | 1,676.29 | FA |
| 3. Real estate - Winchester, Harvey, IL | 25,000.00 | 21,950.00 | | 0.00 | FA |
| 4. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - Earthmover Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 6. checking account Old Second National Bank | 150.00 | 0.00 | | 0.00 | FA |
| 7. household goods | 250.00 | 0.00 | | 0.00 | FA |
| 8. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 9. Wedding rings. | 250.00 | 0.00 | | 0.00 | FA |
| 10. Term Life Insurance with Protective Life Ins. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2000 Jeep | 2,200.00 | 0.00 | | 0.00 | FA |
| 12. 2004 Toyota Sienna | 4,400.00 | 3,200.00 | | 0.00 | FA |
| 13. postpetition rent (u) | 0.00 | 0.00 | | 4,523.71 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $204,600.00   $33,300.00   $6,200.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is ciontinuing to collect payments for debtor's purchase of the Maywood properties.

Initial Projected Date of Final Report (TFR): 02/15/14        Current Projected Date of Final Report (TFR): 02/15/15

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
Case No: 11-05756 -DRC
Case Name: FORD, RHONDA J.

Taxpayer ID No: *******2126
For Period Ending: 10/26/14

Trustee Name: JOSEPH R. VOILAND
Bank Name: Associated Bank
Account Number / CD #: *******1891 Checking Account

Blanket Bond (per case limit): $ 50,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/12/14 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 5,020.00 | | 5,020.00 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,010.00 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,000.00 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 06/26/14 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | | 1110-000 | 300.00 | | 5,290.00 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,280.00 |
| 07/16/14 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | | 1110-000 | 300.00 | | 5,580.00 |
| 09/19/14 | 003001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 1,370.00 | 4,210.00 |
| 09/19/14 | 003002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 124.55 | 4,085.45 |
| 09/19/14 | 003003 | Clerk of the U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | | 2700-000 | | 250.00 | 3,835.45 |
| 09/19/14 | 003004 | Atlas Acquisitions LLC (Citibank - SEARS GOLD ) 294 Union St. Hackensack, NJ 07601 | | 7100-000 | | 1,358.75 | 2,476.70 |
| 09/19/14 | 003005 | Discover Bank, DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | | 7100-000 | | 1,917.40 | 559.30 |
| 09/19/14 | 003006 | Capital One, N.A. c/o Creditors Bankruptcy Service | | 7100-000 | | 115.91 | 443.39 |

Page Subtotals    5,620.00    5,176.61

Ver: 17.05c

FORM 2                                                                                                                                    Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-05756  -DRC | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FORD, RHONDA J. | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******1891  Checking Account |
| Taxpayer ID No: | *******2126 | | |
| For Period Ending: | 10/26/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/14 | 003007 | P.O. Box 740933<br>Dallas, TX 75374<br>FIA CARD SERVICES, N.A. | | 7100-000 | | 183.27 | 260.12 |
| 09/19/14 | 003008 | PO Box 15102<br>Wilmington, DE 19886-5102<br>Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | | 7100-000 | | 260.12 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,620.00 | 5,620.00 | 0.00 |
| Less:  Bank Transfers/CD's | 5,020.00 | 0.00 | |
| Subtotal | 600.00 | 5,620.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 600.00 | 5,620.00 | |

Page Subtotals                0.00              443.39

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-05756 -DRC | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | FORD, RHONDA J. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5908  Checking Account |
| Taxpayer ID No: | *******2126 | | | |
| For Period Ending: | 10/26/14 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/24/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per order dated 12/15/2011 | 1222-000 | 200.00 | | 200.00 |
| 02/24/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11/court order | 1222-000 | 200.00 | | 400.00 |
| 04/02/12 | 13 | Rhonda Ford | payment per 12/15/11/ court order | 1222-000 | 200.00 | | 600.00 |
| 04/22/12 | 13 | Rhonda Ford | payment per 12/15/11 order | 1222-000 | 200.00 | | 800.00 |
| 05/22/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 order | 1222-000 | 200.00 | | 1,000.00 |
| 08/08/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct. order | 1222-000 | 200.00 | | 1,200.00 |
| 08/28/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 order | 1222-000 | 400.00 | | 1,600.00 |
| 09/11/12 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment for purchse of Maywood re | 1110-000 | 100.00 | | 1,700.00 |
| 10/04/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | pymt per 12/15/11 ct. order | 1222-000 | 200.00 | | 1,900.00 |
| 10/24/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,100.00 |
| 11/15/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct. order | 1222-000 | 200.00 | | 2,300.00 |

Page Subtotals      2,300.00      0.00

Ver: 17.05c

LFORM24

Page: 4

Exhibit 9

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-05756 -DRC | | | Trustee Name: | JOSEPH R. VOILAND | |
| Case Name: | FORD, RHONDA J. | | | Bank Name: | Congressional Bank | |
| | | | | Account Number / CD #: | *******5908  Checking Account | |
| Taxpayer ID No: | *******2126 | | | | | |
| For Period Ending: | 10/26/14 | | | Blanket Bond (per case limit): | $ 50,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/04/12 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment for purchase of Maywood re | 1110-000 | 100.00 | | 2,400.00 |
| 12/04/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,600.00 |
| 12/24/12 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 2,800.00 |
| 01/07/13 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment for purchase of Maywood re | 1110-000 | 100.00 | | 2,900.00 |
| 02/03/13 | 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | payment per 12/15/11 ct order | 1222-000 | 200.00 | | 3,100.00 |
| 02/03/13 | 2 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | puchase of Mawood real estate | 1110-000 | 100.00 | | 3,200.00 |
| 03/13/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | inst payment & Maywood re | 1222-000 | 300.00 | | 3,500.00 |
| 03/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,490.00 |
| 04/10/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | inst pymt & Maywood re | 1110-000 | 300.00 | | 3,790.00 |
| 04/11/13 | 000101 | REMAX GREAT AMERICAN NORTH | real estate broker fees | 3510-000 | | 450.00 | 3,340.00 |
| 05/10/13 | 2, 13 | RHONDA J. FORD 921 UPPER BRANDON DRIVE AURORA, IL 60506 | inst pymt/ re purchase  (200/100) | 1110-000 | 300.00 | | 3,640.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,630.00 |

Page Subtotals   1,800.00   470.00

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 11-05756 -DRC | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | FORD, RHONDA J. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5908 Checking Account |
| Taxpayer ID No: | *******2126 | | |
| For Period Ending: | 10/26/14 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/01/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,620.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,610.00 |
| 07/10/13 | 2, 13 | RHONDA J. FORD | inst pymt/ re purchase (200/100) | 1110-000 | 300.00 | | 3,910.00 |
| | | 921 UPPER BRANDON DRIVE | | | | | |
| | | AURORA, IL  60506 | | | | | |
| 07/31/13 | | Congressional Bank | bank service fee | 2600-000 | | 10.00 | 3,900.00 |
| 08/12/13 | 2, 13 | RHONDA J. FORD | inst pymnt/re purchase (200/100) | 1110-000 | 300.00 | | 4,200.00 |
| | | 921 UPPER BRANDON DRIVE | | | | | |
| | | AURORA, IL  60506 | | | | | |
| 08/31/13 | | CB | bank service fee | 2600-000 | | 10.00 | 4,190.00 |
| 09/25/13 | 2, 13 | RHONDA J. FORD | inst pymt/re purchase (200/100) | 1110-000 | 300.00 | | 4,490.00 |
| | | 921 UPPER BRANDON DRIVE | | | | | |
| | | AURORA, IL  60506 | | | | | |
| 09/30/13 | | cong bank | bank service fee | 2600-000 | | 10.00 | 4,480.00 |
| 10/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,470.00 |
| 11/19/13 | 2, 13 | RHONDA J. FORD | inst pymt/re purchase (200/100) | 1222-000 | 300.00 | | 4,770.00 |
| | | 921 UPPER BRANDON DRIVE | | | | | |
| | | AURORA, IL  60506 | | | | | |
| 12/01/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,760.00 |
| 12/31/13 | | cb | bank service fee | 2600-000 | | 10.00 | 4,750.00 |
| 01/31/14 | | cb | bank service fee | 2600-000 | | 10.00 | 4,740.00 |
| 02/12/14 | 2, 13 | RHONDA J. FORD | inst pymt/re purchase (200/100) | 1222-000 | 300.00 | | 5,040.00 |
| | | 921 UPPER BRANDON DRIVE | | | | | |
| | | AURORA, IL  60506 | | | | | |
| 02/28/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,030.00 |
| 03/11/14 | | cb | bank service fee | 2600-000 | | 10.00 | 5,020.00 |
| 03/12/14 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 5,020.00 | 0.00 |

Page Subtotals                    1,500.00          5,130.00

Ver: 17.05c

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   6

Exhibit 9

Case No:        11-05756  -DRC
Case Name:    FORD, RHONDA J.

Taxpayer ID No:   *******2126
For Period Ending:  10/26/14

Trustee Name:              JOSEPH R. VOILAND
Bank Name:                 Congressional Bank
Account Number / CD #:   *******5908  Checking Account

Blanket Bond (per case limit):   $ 50,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | COLUMN TOTALS | 5,600.00 | 5,600.00 | 0.00 |
|  |  |  | Less: Bank Transfers/CD's | 0.00 | 5,020.00 | |
|  |  |  | Subtotal | 5,600.00 | 580.00 | |
|  |  |  | Less: Payments to Debtors | | 0.00 | |
|  |  |  | Net | 5,600.00 | 580.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******1891 | 600.00 | 5,620.00 | 0.00 |
| Checking Account - *******5908 | 5,600.00 | 580.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,200.00 | 6,200.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*